UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JANIECE MOORE, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) Case No. 4:05-CV-684 MLM |
| | ) |
| CINDY PRUDDEN, | ) |
| | ) |
| Respondent. | ) |

## **ORDER**

This matter is before the Court upon the application of Janiece Moore for leave to commence this action without payment of the required filing fee. This motion will be denied, without prejudice, as moot. Petitioner has paid the required filing fee in full.

Therefore,

**IT IS HEREBY ORDERED** that petitioner's motion for leave to proceed in forma pauperis [Doc. #1] is denied, without prejudice, as moot. See 28 U.S.C. § 1915.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this  23th  day of  May, 2005.