UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| JANIECE MOORE, | ) | |
| --- | --- | --- |
| Petitioner, | ) | |
| vs. | ) | Case No. 4:05CV684MLM |
| CINDY PRUDDEN, | ) | |
| Respondent. | ) | |

## JUDGMENT

In accordance with the Memorandum Opinion entered this day and incorporated herein,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that judgment is entered in favor of Respondent Cindy Prudden and against Petitioner Janiece Moore, that the relief requested by Petitioner Janiece Moore is **DENIED,** and that the Petition filed by Petitioner for Writ of Habeas Corpus filed pursuant to 28 U.S.C. § 2254 is **DISMISSED,** with prejudice. Doc. 2.

**IT IS FURTHER ORDERED** that, because Petitioner has made no showing of a denial of a constitutional right, this court will not issue a certificate of appealability.

/s/Mary Ann L. Medler
MARY ANN L. MEDLER
UNITED STATES MAGISTRATE JUDGE

Dated this 21st day of November, 2005.